**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION**

| | | |
|---|---|---|
| **RUSSELL TOOMAJANIAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | Case No. 1:14-cv-12603 |
| | ) | |
| v. | ) | |
| | ) | |
| **INSIGHT GLOBAL, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS
COMPLAINT PURSUANT TO FEDERAL RULE 12(B)(6)**

This cause coming to be heard on Insight Global, LLC's, formerly Insight Global, Inc., Motion to Dismiss Complaint Pursuant to Federal Rule 12(b)(6), notice having been duly served, and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss Complaint Pursuant to Federal Rule 12(b)(6) is GRANTED in its entirety without leave to amend on the grounds that Plaintiff's Counts 1, 2, and 3 failed to state a viable claim upon which relief can be granted.

Plaintiff Russell Toomajanian's claims asserted against Defendant Insight Global, LLC are hereby dismissed with prejudice.  Accordingly, Judgment is hereby entered for Defendant and against Plaintiff pursuant to Federal Rule of Civil Procedure 12(b)(6), and the case is dismissed in its entirely with prejudice.

**IT IS SO ORDERED.**

Date: _____        _____
                                                                                                Honorable Richard G. Stearns
                                                                                                United States District Judge

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 25, 2014, I caused the foregoing to be electronically filed with the clerk of the United States District Court for the District of Massachusetts using the CM/ECF system, and that on that same date, I caused to be served a copy of such via U.S. Mail, postage prepaid to:

H. Charles Hambelton
Mark C. Preiss
Behman Hambelton LLP
600 West Cummings Park, Suite 5600
Woburn, MA 01801

                                                    */s/ Kathleen E. Roblez*
                                                    Kathleen E. Roblez

CH2\14892154.1